**UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MUHAMMAD AHMAD ABDALLAH AL ANSI, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 08-1923 (GK) |
| | : | |
| BARACK OBAMA, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

Having considered the parties' joint proposed deadlines and for good cause shown, it is this 10th day of January, 2011, hereby

**ORDERED**, that Respondents shall have up to and including **January 31, 2011**, to produce all inculpatory evidence in their possession upon which they intend to rely at the Merits Hearing. Respondents shall file their Motion for Judgment on the Record on or before **February 15, 2011**; Petitioner shall file his Opposition to Respondents' Motion for Judgment on the Record and cross motion on or before **March 30, 2011**; Petitioner shall file his Praecipe regarding participation at the Merits Hearing on or before **March 30, 2011**; Respondents may file an Opposition to Petitioner's Cross Motion for Judgment on the Record, if one is filed, on or before **April 18, 2011**; the parties shall file their Statement of Disputed Issues and trial exhibits on or before **April 25, 2011**. The

Court shall have a Pretrial Conference at **4:00 p.m. on April 25, 2011.**  The Merits Hearing shall

begin on **May 2, 2011, at 9:00 a.m.**[1]


/s/_____
Gladys Kessler
United States District Judge

---

[1]    If the parties prefer a different time of day, they should inform Court's Courtroom
Clerk.